Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANE RENEE ERDMANN,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. 2:25-cv-01087-RAJ<br><br>ORDER REGARDING PETITIONER'S WAIVER OF ATTORNEY-CLIENT AND WORK-PRODUCT PRIVILEGES |

Having reviewed the United States' motion, and for good cause shown, the Court finds that by raising claims of ineffective assistance of counsel in her 28 U.S.C. § 2255 motion, petitioner Diane Renee Erdmann has waived attorney-client and work-product privileges for the purpose of litigating the motion.

The Court authorizes Erdmann's prior attorneys Russell Aoki, Isham Reavis, Steven Fogg, and Benjamin Byers to provide to the government evidence related to their representation of Erdmann in Case No. 18-cr-00092-RAJ (W.D. Wash.)—including otherwise-privileged legal conversations with Erdmann on all topics relevant to the pending § 2255 motion, including her attorneys' preparations, investigations, and strategic choices in her case.

Russell Aoki, Isham Reavis, Steven Fogg, and Benjamin Byers are authorized to provide evidence in the form of declarations, affidavits, testimony, or any other form. They are also authorized to produce to the government documents and records relevant to Erdmann's § 2255 claims.

ORDER RE: WAIVER OF PRIVILEGE – 1
*Erdmann v. United States*, 25-cv-01087-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court also finds that unredacted transcripts of *ex parte* proceedings at trial relevant to Erdmann's § 2255 claims should be provided to the government. Specifically, in Case No. 18-cr-00092-RAJ (W.D. Wash.), the government may receive unredacted transcripts from Dkt. 507 at pages 51–64, Dkt. 508 at pages 6–12, and Dkt. 509 at pages 55–62.

Absent further order from the Court, the evidence provided under this Order may be used solely for the purpose of litigating Erdmann's § 2255 motion and may not be admitted against Erdmann in any other proceeding.

This Order will remain in effect even after the Court has ruled on Erdmann's § 2255 motion. Both parties retain the right to apply to the Court for modification of this Order.

SO ORDERED.

DATED this 11th day of July, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER RE: WAIVER OF PRIVILEGE – 2
*Erdmann v. United States*, 25-cv-01087-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970